Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com
baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS N. SULLIVAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br>EQUIFAX INFORMATION SERVICES LLC,<br>and TRANS UNION LLC,<br><br>                    Defendants. | Case No. 2:15-cv-00127-RFB-VCF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE** |

Plaintiff Thomas N. Sullivan and Defendant Equifax Information Services LLC ("Equifax"), by and through their respective counsel, stipulate and agree that this action is dismissed as to Equifax with prejudice, with each side to bear its own fees and costs.

| | |
|---|---|
| Dated: April 15, 2015 | Dated: April 15, 2015 |
| HAINES & KRIEGER, LLC | SNELL & WILMER L.L.P. |
| By: */s/ David H. Krieger*<br>David H. Krieger, NV Bar No. 9086<br>8985 S. Eastern Avenue<br>Suite 130<br>Henderson, NV 89123<br>Tel: 702-880-5554<br>Fax: 702-385-5518<br>dkrieger@hainesandkrieger.com<br>*Attorneys for Plaintiff* | By: */s/ Bradley T. Austin*<br>Paul Swenson Prior, NV Bar No. 9324<br>Bradley T. Austin, NV Bar No. 13064<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Tel: 702-784-5200<br>Fax: 702-784-5252<br>sprior@swlaw.com<br>baustin@swlaw.com<br>*Attorneys for Defendant Equifax Information Services LLC* |

2:15-cv-00127-RFB-VCF

**ORDER**

IT IS ORDERED that this action is dismissed as to Defendant Equifax Information Services LLC with prejudice, with each side to bear its own fees and costs.

DATED this  21st  day of    April    , 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted:

SNELL & WILMER L.L.P.

By: */s/ Bradley T. Austin*
   Paul Swenson Prior, NV Bar No. 9324
   Bradley T. Austin, NV Bar No. 13064
   3883 Howard Hughes Parkway
   Suite 1100
   Las Vegas, Nevada  89169
   *Attorneys for Defendant Equifax Information Services LLC*

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE** by the method indicated below:

| | | | |
|---|---|---|---|
| XXXXX | Electronic Service (CM/ECF) | _____ | Federal Express |
| _____ | U.S. Mail | _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Email Transmission | _____ | Overnight Mail |

and addressed to the following:

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 130
Henderson, NV 89123
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

DATED: April 15, 2015

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

21399800