1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
# LAS VEGAS DIVISION

| | |
|---|---|
| THOMAS N. SULLIVAN,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC,<br>EQUIFAX INFORMATION SERVICES,<br>LLC, AND TRANS UNION, LLC,<br><br>        Defendants. | **ORDER**<br><br>**2:15-cv-00127-RFB-VCF**<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT TRANS UNION** |

TO THE HONORABLE JUDGE BOULWARE:

    Plaintiff Thomas N. Sullivan, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

    There are no longer any issues in this matter between Plaintiff Thomas N. Sullivan and Trans Union LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims

/ / /

/ / /

/ / /

/ / /

STIPULATION OF DISMISSAL
1

6747260.1/SP/83057/1822/052115

1  or causes of action against Trans Union LLC which were or could have been the subject matter
2  of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party
3  incurring same.

ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 1st day of June. 2015