David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Thomas N. Sullivan, <br><br> Plaintiff, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC, EQUIFAX INFORMATION SERVICES, LLC AND TRANS UNION, LLC, <br><br> Defendants. | Case No. 2:15-cv-00127-RFB-VCF <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO NATIONSTAR** |

Plaintiff Thomas N. Sullivan and Nationstar Mortgage LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

…

…

Page **1** of **2**

with Fed. R. Civ. P. 41 (a)(2) as to **Nationstar Mortgage LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: June 18, 2015

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Allison R. Schmidt, Esq.
Allison R. Schmidt, Esq.
Akerman, LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
*Attorney for Defendant*

## ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
DATED: July 1, 2015